written opinion would have no precedential value. The parties have been furnished with a memorandum supplementing this order. Judgment is affirmed pursuant to Rule 30.25(b).

**M. David FRIEBERGER and Susan M. Frieberger, Plaintiffs/Respondents,**

**v.**

**LAWYERS TITLE COMPANY OF MISSOURI, Defendant/Appellant.**

No. 59498.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 5, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
June 3, 1992.

Application to Transfer Denied
July 21, 1992.

**STATE of Missouri, Respondent,**

v.

**Marvin JONES, Appellant.**

No. 59995.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 5, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
June 3, 1992.

Application to Transfer Denied
July 21, 1992.

Jeannie Arterburn, St. Louis, Lew A. Kollias, Public Defenders, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction of assault in the first degree and his sentence of 11 years imprisonment. We find no error and the judgment is supported by competent and substantial evidence. A